1   E. JOSEPH CONNAUGHTON (SBN 166765)
    Email: jconnaughton@paulplevin.com
2   DONTA T. PRIDE (SBN 262362)
    Email: dpride@paulplevin.com
3   **PAUL, PLEVIN, SULLIVAN &**
    **CONNAUGHTON LLP**
4   401 B Street, Tenth Floor
    San Diego, California 92101-4232
5   Telephone: 619-237-5200
    Facsimile: 619-615-0700
6
7   Attorneys for Defendant
    KELLY SERVICES, INC.
8

FILED

2009 MAR 16 AM 11: 40

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

9

10                  UNITED STATES DISTRICT COURT

11      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

12   LINDA BENTON,                    CASE NO.
                                      **ED CV 09 – 00535 VAP**
13              Plaintiff,            NOTICE OF REMOVAL TO
                                      FEDERAL COURT UNDER 28 U.S.C
14        v.                          § 1441 (28 U.S.C. § 1332 – DIVERSITY)

15   WELLS FARGO BANK, N.A., dba
     WELLS FARGO HOME                                              AJW
16   MORTGAGE; KELLY SERVICES,
     INC. and DOES 1 through 50,
17   inclusive,

18              Defendants.

19      TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL

20   PARTIES AND THEIR ATTORNEYS OF RECORD:

21      PLEASE TAKE NOTICE that Defendant Kelly Services, Inc. hereby

22   removes this action from the Superior Court of California for the County of San

23   Bernardino, to the United States District Court for the Central District of

24   California.  Removal of this action is based on the following facts:

25      1.  On January 13, 2009, an action was filed in the Superior Court of the

26   State of California in and for the County of San Bernardino, entitled *Linda Benton*

27   *v. Wells Fargo Bank, N.A., dba Wells Fargo Home Mortgage; Kelly Services, Inc.*

28   *and Does 1 through 50, inclusive,* as case number CIVDS900218.

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

DEFENDANT KELLY SERVICES, INC.'S NOTICE OF          1
REMOVAL

1    2.  Plaintiff alleges in her complaint that she is a resident of the State of

2  California.  Accordingly, Defendant is informed and believes that Plaintiff is a

3  citizen of the State of California.

4    3.  Kelly Services, Inc. is a Delaware corporation, with its principal place of

5  business in Michigan.  Kelly Services, Inc. is informed and believes that Wells

6  Fargo is a national bank, and for purposes of diversity jurisdiction is a citizen of

7  South Dakota.  (28 U.S.C. § 1348; Declaration of Robert S. Singley, attached

8  hereto as Exhibit A.)

9    4.  On February 17, 2009, Defendant Kelly Services, Inc. was first served

10  with Plaintiff's complaint.  Kelly Services, Inc. and Wells Fargo Bank, N.A. are

11  named jointly as defendants in this matter.  As such, attached hereto as Exhibit B is

12  Wells Fargo Bank, N.A.'s joinder in this Notice of Removal.

13    5.  The only pleadings and process served on Kelly Services, Inc. in this case

14  are the complaint for damages (attached hereto as Exhibit C), summons (attached

15  hereto as Exhibit D), statement of damages (attached hereto as Exhibit E), and

16  notice of case assignment (attached hereto as Exhibit F).

17    6.  On March 12, 2009, Kelly Services, Inc. filed its answer to Plaintiff

18  Linda Benton's complaint for damages in the Superior Court for the County of San

19  Bernardino (conformed copy attached hereto as Exhibit G).

20    7.  The amount in controversy exceeds $75,000 as evidenced by Plaintiff's

21  statement of damages.  In her statement of damages, Plaintiff claims general

22  damages in excess of $1,000,000 and special damages in excess of $1,000,000.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

DEFENDANT KELLY SERVICES, INC.'S NOTICE OF
REMOVAL                                            2

8.  This Court has original jurisdiction over this action because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest, and the controversy is between citizens of different states.  28 U.S.C. §1332(a). Accordingly, this action is removable pursuant to 28 U.S.C. §1441(a).


Dated: March 13, 2009

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP


By: _____
E. JOSEPH CONNAUGHTON
DONTA T. PRIDE
Attorneys for Defendant
KELLY SERVICES, INC.

*Benton v. Wells Fargo Bank; Kelly Services, et al.*

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

On March 13, 2009, I caused to be served the following document(s):

- **CIVIL COVER SHEET**

- **NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (28 U.S.C. § 1332 – DIVERSITY)**

- **NOTICE OF PARTIES WITH A FINANCIAL INTEREST (CIVIL LOCAL RULE 7.1-1) ON BEHALF OF KELLY SERVICES, INC.**

- **NOTICE OF PARTIES WITH A FINANCIAL INTEREST (CIVIL LOCAL RULE 7.1-1) ON BEHALF OF WELLS FARGO BANK, N.A.**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

| | |
|---|---|
| Daniel P. Stevens | Timothy N. Grubb |
| Heather McMillan | Wells Fargo Law Department |
| Stevens & Carlberg | 333 South Grand Avenue, Suite 1040 |
| 1855 West Katella Ave., Suite 330 | Los Angeles, CA  90071 |
| Orange, CA  92867 | Phone:  (213) 253-7121 |
| Phone: (714) 740-7070 / Fax: (714) 740-7074 | Fax:  (213) 617-8340 |
| **Attorneys for Plaintiff** | timothy.n.grubb@wellsfargo.com |
| | **Attorney for Wells Fargo** |

☑    (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐    (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

☐    (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2.306.  The facsimile machine I used complied with Rule 2.301 and no error was reported by the machine. The transmitting facsimile machine number is (619) 615-0700.  The fax number of the party being served is listed above. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (By **OVERNIGHT DELIVERY**) I deposited in a box or other facility regularly maintained by the express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope or package with delivery fees paid or provided for, and addressed on whom it is to be served pursuant to Code of Civil Procedure section 1013(c).

/ / /

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

1  ☐  (By **E-MAIL OR ELECTRONIC TRANSMISSION**)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

2

3

4  ☐  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5  ☑  (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

6

7  Executed March 13, 2009, at San Diego, California.

8

9  _____
   Wendy Roan

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE                                  2

# EXHIBIT A

1  E. JOSEPH CONNAUGHTON (SBN 166765)
   DONTA T. PRIDE (SBN 262362)
2  **PAUL, PLEVIN, SULLIVAN &**
   **CONNAUGHTON** LLP
3  401 B Street, Tenth Floor
   San Diego, California  92101-4232
4  Telephone: 619-237-5200
   Facsimile: 619-615-0700
5  Email:  jconnaughton@paulplevin.com
   Email:  dpride@paulplevin.com
6
   Attorneys for Defendant
7  KELLY SERVICES, INC.

8

9                    UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

11 | LINDA BENTON,               | CASE NO. |
12 |          Plaintiff,         | **DECLARATION OF ROBERT S.** |
13 |     v.                      | **SINGLEY IN SUPPORT OF** |
   |                             | **DEFENDANT KELLY SERVICES,** |
14 | WELLS FARGO BANK, N.A., dba | **INC.'S NOTICE OF REMOVAL TO** |
15 | WELLS FARGO HOME            | **FEDERAL COURT UNDER 28 U.S.C** |
   | MORTGAGE; KELLY SERVICES,   | **§ 1441 (28 U.S.C. § 1332 – DIVERSITY)** |
16 | INC. and DOES 1 through 50, |
   | inclusive,                  |
17 |                             |
   |          Defendants.        |
18

19 ///

20 ///

21 ///

22

23

24

25

26

27

28

DECLARATION OF ROBERT S. SINGLEY IN
SUPPORT OF DEFENDANT KELLY
SERVICES, INC.'S  NOTICE OF REMOVAL

1

## DECLARATION OF ROBERT S. SINGLEY

I, Robert S. Singley, declare:

1.      I am the Secretary of defendant Wells Fargo Bank, N.A.  The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.      Wells Fargo Bank, N.A. is a federally chartered national banking association that is organized and exists under the National Bank Act.

3.      The main office of Wells Fargo Bank, N.A., as set forth in its Articles of Association, is located in the State of South Dakota.

4.      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 10, 2009, in San Francisco, California.

_____
Robert S. Singley

DECLARATION OF ROBERT S. SINGLEY

EXHIBIT B

WELLS FARGO COUNSEL
TIMOTHY N. GRUBB (SBN 223030)
**WELLS FARGO LAW DEPARTMENT**
333 South Grand Ave, Suite 1040
Los Angeles, CA 90071
Telephone: 213-253-7121
Facsimile: 213-617-8340
Email: timothy.n.grubb@wellsfargo.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LINDA BENTON,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., dba<br>WELLS FARGO HOME<br>MORTGAGE; KELLY SERVICES,<br>INC. and DOES 1 through 50,<br>inclusive,<br><br>        Defendants. | CASE NO.<br><br>**JOINDER IN NOTICE OF REMOVAL<br>OF ACTION PURSUANT TO 28 U.S.C.<br>SECTION 1441(b)** |

WELLS FARGO'S JOINDER IN NOTICE OF REMOVAL
OF ACTION PURSUANT TO 28 U.S.C. § 1441(b)

1

1    Defendant Wells Fargo Bank, N.A. hereby joins in Kelly Services, Inc.'s

2  Notice of Removal to this Court of the state action described in the said Notice of

3  Removal.

4

5    Dated: March 10, 2009                    WELLS FARGO LAW DEPARTMENT

6

7                                            By: _____
                                                 TIMOTHY N. GRUBB
8                                                Attorneys for Defendant
                                                 WELLS FARGO BANK, N.A.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Heather McMillan (#188939)
Daniel P. Stevens (#164277)
STEVENS & CARLBERG
12471 Lewis St., Suite 202
Garden Grove, CA 92840
Tel:   (714) 740-7070
Fax:   (714) 740-7074

Attorneys for Plaintiff
LINDA BENTON

IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| LINDA BENTON , | Case No.: |
| Plaintiff, | COMPLAINT |
| WELLS FARGO BANK, N.A., dba WELLS FARGO HOME MORTGAGE, KELLEY SERVICES, INC. and DOES 1 through 50, inclusive, | 1) RACE DISCRIMINATION 2) VIOLATION OF LABOR CODE 3) WRONGFUL TERMINATION |
| Defendants. | |

Plaintiff alleges

1.      At all times mentioned in this complaint, Defendant WELLS FARGO BANK, N.A. doing business as WELLS FARGO HOME MORTGAGE was and is a corporation, operating in the County of San Bernardino with its main place of business and headquarters in San Bernardino, California. At all times mentioned in this complaint, Defendant KELLEY SERVICES, INC. was and is a corporation, operating in the County of San Bernardino.

2.      At all times mentioned in this complaint, Plaintiff Linda Benton was a resident of Riverside, California and worked at the defendants' San Bernardino location.

3.      Plaintiff does not know the true names of Defendants DOES 1 through 50, inclusive and therefore sue them by those fictitious names.

4.      Plaintiff is informed and believes, and on the basis of that information and belief

1

Complaint for Damages

1   alleges, that at all times mentioned in this complaint, DOE defendants were the agents and
2   employees of their co-defendants or otherwise responsible for the conduct complained of herein, and
3   in doing the things alleged in this complaint were acting within the course and scope of that agency
4   and employment or were otherwise responsible for the damages complained of by the Plaintiffs.

5          5.      Linda Benton is an African American.  She worked at Wells Fargo through Kelley
6   Services from October 2006 until February 2007.  Wells Fargo directed her employment, telling her
7   the job responsibilities and hours she needed to work, as well as supplying the work site, however,
8   Kelley Services hired Ms. Benton, maintained Ms. Benton on their payroll and identified themselves
9   as her employer.  Thus, a joint employment relationship was created.

10         6.      Ms. Benton started as a document specialist and then she received more responsibility
11  as a mortgage specialist.  She has been working in the mortgage industry since 1992.  Wells Fargo
12  initially promised her full time employment if she worked hard.  In February, Wells Fargo said they
13  could not hire her on as a full time employee because she had a conviction on her record.  However,
14  she had disclosed the conviction on her original application for the position and she had already
15  gotten it expunged prior to commencing employment.  Wells Fargo did not immediately terminate
16  Ms. Benton, they waited until she cleaned up her files and trained the new person for the job.  The
17  new person was hired as a full time Wells Fargo employee, not through Kelley Services.  She was
18  Hispanic.

19         7.      Ms. Benton received a call from Kelley Services in August of 2007 and they said they
20  had a position for her at Wells Fargo again.   She said the same situation concerning a prior
21  conviction existed, they said no problem, that it was not an issue.  She went back to work in August
22  as an administrative assistant for special programs and then was terminated at the end of November
23  for allegedly missing three days of work.  Ms. Benton missed one day for jury duty and two days
24  for an eye injury that required emergency care.

25         8.      There are about 450-500 employees at Wells Fargo Home Mortgage in the City of
26  San Bernardino.  Kelley Services was located in the Wells Fargo Hospitality location.  Kelly
27  Services hires primarily African-American employees to work at Wells Fargo, about 300 employees.

28                                         2

**Complaint for Damages**

1   The African-Americans are promised to become permanent employees at Wells Fargo if they do

2   well, but it is believed that very few, if any, have been given permanent positions. Kelley Services

3   has a policy to only let the employees located at the Wells Fargo San Bernardino location stay for

4   six months. However, they repeatedly call them back for additional assignments at Wells Fargo.

5          9.      The 150-200 employees that have full time jobs at the Wells Fargo San Bernardino

6   location only include about 8-10 African American employees. Thus, Wells Fargo is conspiring

7   with Kelley Services to hire the vast majority of African American applicants, including Ms. Benton,

8   to temporary positions in order to prevent the African Americans from advancing and obtaining the

9   higher pay and benefits that direct employment with Wells Fargo would bring.

10          10.     Plaintiff has filed a complaint with the DFEH on behalf of herself against each of the

11   named defendants alleging discrimination and has received a right to sue which is attached hereto

12   as exhibit A.

**FIRST CAUSE OF ACTION**

(Race Discrimination-Gov't Code section 12940(a))

(By Plaintiff Against All Defendants)

16          11.     Plaintiff hereby incorporates paragraphs 1 through 10, inclusive, as though fully set

17   forth at this point.

18          12.     This action is brought pursuant to the California Fair Employment and Housing Act,

19   section 12940(a) of the Government Code, which prohibits an employer from discharging, expelling

20   or otherwise discriminating against any person because of the person's race.

21          13.     At all times mentioned in this complaint, each Defendant regularly employed at least

22   five employees bringing the Defendant employer within the provisions of section 12940 et seq. of

23   the Government Code prohibiting employers or their agents from discriminating against employees.

24          14.     As described above, Defendant Wells Fargo engaged in a conspiracy with Defendant

25   Kelley Services to hire a disproportionate number of their African American employees at the San

26   Bernardino home mortgage location through a temporary agency. Wells Fargo refused to directly

27   hire many numerous qualified African Americans, including the plaintiff. In addition, after qualified

28

3

---

**Complaint for Damages**

1   African-Americans, including Ms. Benton, worked at their San Bernardino home mortgage location

2   as temporary employees through Kelley Services. Wells Fargo refused to retain the majority of these

3   qualified individuals as permanent employees, including Ms. Benton.

4       15.    As a direct and proximate result of Defendants' unlawful conduct as alleged in this

5   complaint, Plaintiff has suffered extreme and severe anguish, humiliation, anger, tension, anxiety,

6   depression, lowered self-esteem, and emotional distress.

7       16.    As a further direct and proximate result of the unlawful conduct, the Plaintiff has

8   suffered and continues to suffer wage loss, loss of income, loss of earning capacity, loss of job

9   opportunity and other losses.

10       17.    Because Plaintiff was discriminated against in violation of the law, she is entitled to

11   recover  attorneys' fees and costs in this action pursuant to California Government Code section

12   12965(b).

13       18.    Because the acts taken toward Plaintiff were carried out by Defendants acting in a

14   deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and damage

15   plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an amount

16   appropriate to punish and make an example of Defendants.

17   SECOND CAUSE OF ACTION

18   (Violation of Labor Code §230)

19   (By Plaintiff against All Defendants)

20       19.    Plaintiff hereby incorporates by reference paragraphs 1 through 18, inclusive, of

21   this complaint as if fully set forth.

22       20.    This cause of action is brought pursuant to California Labor Code §230 which

23   prohibits an employer from retaliating or discriminating against an employee for taking time off

24   for jury duty.

25       21.    Plaintiff was terminated due to absences. However, if the absence from jury duty

26   had not been counted against her, she would not have been terminated.

27       22.    Under Labor Code §230(e), plaintiff seeks the remedy of reinstatement and

28

4

**Complaint for Damages**

1  reimbursement for lost income from the defendant.

2  **THIRD CAUSE OF ACTION**

3  (Wrongful Termination)

4  (By Plaintiff Against All Defendants)

5      23.    Plaintiff hereby incorporates by reference paragraphs 1 through 22, inclusive,

6  as though fully set forth at this point.

7      24.    Plaintiff alleges that her termination as alleged above was wrongful because it

8  was in violation of the public policy of the State of California as set forth in California Labor

9  Code §230, Government Code section 12940 et seq., the administrative regulations of the Fair

10  Employment and Housing Act and Article 1, and section 8 of the Constitution of the State of

11  California as set forth more fully herein.

12      25.    As a direct and proximate result of Defendants' unlawful conduct as alleged in

13  this complaint, Plaintiff has suffered extreme and severe anguish, humiliation, anger, tension,

14  anxiety, depression, lowered self-esteem, sleeplessness and emotional distress.

15      26.    As a further direct and proximate result of the unlawful conduct, Plaintiff has

16  suffered and continues to suffer loss of income, loss of earning capacity, loss of job opportunity

17  and other losses.

18      27.    Because the acts taken toward Plaintiff were carried out by Defendants acting in a

19  deliberate, cold, callous, malicious, oppressive, and intentional manner in order to injure and

20  damage plaintiff, Plaintiff requests the assessment of punitive damages against Defendants in an

21  amount appropriate to punish and make an example of Defendants.

22      WHEREFORE, Plaintiff demands judgment against Defendants as follows:

23  As to the First Cause of Action:

24      1.    For general and compensatory damages;

25      2.    For special damages according to proof;

26      3.    For punitive damages;

27      4.    For prejudgment interest on all amounts claimed that are readily ascertainable;

28      5

**Complaint for Damages**

5. For costs and attorneys' fees pursuant to Government Code section 12965(b);
and

6. For such other and further relief that the court considers proper.

**As to the Second Cause of Action:**

1. For reinstatement and reimbursement of lost wages and income;

2. For costs; and

3. For such other and further relief that the court considers proper.

**As to the Third Cause of Action:**

1. For general and compensatory damages;

2. For special damages according to proof;

3. For punitive damages;

4. For prejudgment interest on all amounts claimed that are readily ascertainable;

5. For costs;  and

6. For such other and further relief that the court considers proper.

STEVENS & CARLBERG

Dated: January 8, 2009                    By:

DANIEL P. STEVENS
Attorney for Plaintiff
LINDA BENTON

6

Complaint for Damages

EXHIBIT A

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2101 East 4th Street, Suite 255-B, Santa Ana, CA 92705
(714) 558-4266  TTY (800) 700-2320  Fax (714) 558-6461
www.dfeh.ca.gov



July 16, 2008

LINDA BENTON
1855 West Katella Ave., #330
Orange, CA  92867

RE:   E200809K0053-01-c
      BENTON/KELLY SERVICES

Dear LINDA BENTON:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective July 15, 2008 because an immediate right-to-sue notice was requested.  DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice.  According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint.  The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless
the case is still open at the end of the three-year period.

Sincerely,

Cathie Joy
District Administrator


cc:    Case File


Executive Officer
KELLY SERVICES
268 W. Hospitality Suite 107
San Bernardino, CA  92408

DFEH-200-43 (06/06)

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

2 Ct East 4th Street Suite 255-B Santa Ana, CA 92705
714, 558-4266  TTY (800) 700-2320  Fax 714, 558-6461
www.dfeh.ca.gov



July 16, 2008

LINDA BENTON
1855 West Katella Ave., #330
Orange, CA  92867

RE:   E200809K0053-00-c
      BENTON/WELLS FARGO MORTGAGE

Dear LINDA BENTON:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective July 15, 2008 because an immediate right-to-sue notice was requested.  DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice.  According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint.  The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Cathie Joy
District Administrator


cc:    Case File


Executive Officer
WELLS FARGO MORTGAGE
1003 E. Brier Drive
San Bernardino, CA  92408

DFEH 200-43  08 08



2/17/-7   2:58 PM

FOR COURT USE ONLY
SOLO PARA USO DE LA CORTE

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WELLS FARGO BANK, N.A., dba WELLS FARGO HOME
MORTGAGE, KELLEY SERVICES, INC. and DOES 1 through 50,
inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
LINDA BENTON,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de exencion de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California. (www.courtinfo.ca.gov/selfhelp/espanol/) o poniendose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y direccion de la corte es)*

California Superior Court County of San Bernardino, San Bernardino Court
303 West Third Street
San Bernardino, CA 92415

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es)*

Daniel P. Stevens (SBN 164277)                           714-288-7500
Stevens & Carlberg, 1855 W. Katella Avenue, Ste. 330, Orange, CA 92867       Fax: 714-288-0660

DATE:                                    Clerk, by                                  , Deputy
*(Fecha)*                                 *(Secretario)*                            *(Adjunto)*

*For proof of service of this summons, use Proof of Service of Summons (form POS-010.)*
*Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010)*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Kelley Services, Inc.

   under: ☒ CCP 416.10 (corporation)               ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

# SUMMONS



Heather McMillan (#188939)
Daniel P. Stevens (#164277)
STEVENS & CARLBERG
12447 Lewis St., Suite 203
Garden Grove, CA 92840
Tel: (714) 740-7070
Fax: (714) 740-7074

Attorneys for Plaintiff
LINDA BENTON

## IN THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| LINDA BENTON, | Case No.:   CIVDS905... |
| Plaintiff, | Assigned to   .... |
| | ALVAREZ |
| WELLS FARGO BANK, N.A., dba | Dept. No.:   S33 |
| WELLS FARGO HOME MORTGAGE, | Date Action Filed:   ... |
| KELLEY SERVICES, INC. and DOES 1 | |
| through 5, inclusive, | |
| Defendants. | STATEMENT OF DAMAGES |

1.  General damages in excess of $1,000,000.

2.  Special damages in excess of $1,000,000.

STEVENS & CARLBERG

Dated: February 13, 2009          By: _____

DANIEL P. STEVENS
Attorney for Plaintiff
LINDA BENTON

Statement of Damages



SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

SAN BERNARDINO CIVIL DIVISION
303 W 3RD STREET
SAN BERNARDINO, CA  92415

CASE NO: CIVDS900216

http://www.sbcounty.gov/courts

IN RE: BENTON -V- WELLS FARGO

NOTICE OF CASE ASSIGNMENT FOR ALL PURPOSES
NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE
REGARDING SERVICE OF SUMMONS AND COMPLAINT

PLEASE TAKE NOTICE, that the above-entitled case has been set for a
Case Management Conference and an Order to Show Cause why the case
should not be dismissed for failure to serve the summons and
complaint. File your Case Management Statement with the court fifteen
(15) calendar days prior to the hearing. Failure to appear may result
in monetary sanctions and/or dismissal of your case. THIS CASE HAS
BEEN ASSIGNED TO JUDGE DONALD  ALVAREZ IN DEPARTMENT S33 FOR ALL PURPOSES.

The Order to Show Cause regarding service of summons is set:
03 02 09 at  8:30 in Department S33. If proof of
service of summons and complaint has been filed before that date, no
appearance is required at the time of the Order to Show Cause hearing.
The Case Management Conference is set: 06 12 09 at  8:30
in Department S33.

TO THE PARTY SERVED: The setting of these dates DOES NOT increase the
time you have to respond to the complaint. The time for response is
clearly stated on the Summons.

A COPY OF THIS NOTICE MUST BE SERVED ON ALL DEFENDANTS
Tressa S. Kentner, Clerk of the Court
Date: 01 13 09                                      By: ILAYALI ARGUELLES

CERTIFICATE OF SERVICE
I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice by:

    Enclosed in an envelope mailed to the interested party addressed
above, for collection and mailing this date, following ordinary
business practice.
    Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
    A copy of this notice was given to the filing party at the
counter.
    A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

DATE OF MAILING: 01 13 09
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 01 13 09 at San Bernardino, CA  By: ILAYALI ARGUELLES

# EXHIBIT G

1  E. JOSEPH CONNAUGHTON (SBN 166765)
   DONTA T. PRIDE (SBN 262362)
2  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
   401 B Street, Tenth Floor
3  San Diego, California 92101-4232
   Telephone: 619-237-5200
4  Facsimile: 619-615-0700

5  Attorneys for Defendant
   KELLY SERVICES, INC.

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF SAN BERNARDINO

10 LINDA BENTON,                    CASE NO. CIVDS 900218    **VIA-FAX**

11         Plaintiff,               **DEFENDANT KELLY SERVICES, INC.'S**
                                    **ANSWER TO THE COMPLAINT**
12    v.

13 WELLS FARGO BANK, N.A., dba      Dept:              S33
   WELLS FARGO HOME MORTGAGE;       Judge:             Hon. Donald Alvarez
14 KELLY SERVICES, INC. and DOES 1  Complaint Filed:   January 13, 2009
   through 50, inclusive,           Trial Date:        Not set
15
           Defendants.
16

17

18         Defendant Kelly Services, Inc. ("Defendant") answers Plaintiff Linda Benton's unverified

19 complaint as follows:

20                          **GENERAL DENIAL**

21         Pursuant to California Code of Civil Procedure section 431.30, Defendant denies generally

22 each and every allegation of Plaintiff's unverified complaint.

23                        **AFFIRMATIVE DEFENSES**

24         For a further and separate answer to the allegations contained in Plaintiff's complaint,

25 Defendant submits the following affirmative defenses:

26 ///

27 ///

28 ///

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Cause of Action)

Neither the complaint nor any cause of action inserted therein states facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

#### (Failure to Mitigate)

Defendant is informed and believes that Plaintiff has failed to mitigate her damages, and to the extent of such failure to mitigate, any damages awarded to Plaintiff should be reduced accordingly.

### THIRD AFFIRMATIVE DEFENSE

#### (Failure to Exhaust Administrative Remedies)

Defendant is informed and believes that Plaintiff has failed to exhaust her administrative remedies under Cal. Gov't. Code § 12960, *et seq.*

### FOURTH AFFIRMATIVE DEFENSE

#### (Punitive Damages Barred)

Plaintiff's claims for punitive damages are barred in that she has failed to plead facts sufficient to support allegations of malice, oppression, fraud, or despicable conduct on the part of Defendant.

### FIFTH AFFIRMATIVE DEFENSE

#### (Punitive Damages Barred)

Plaintiff's claims for punitive damages are barred in that Plaintiff has failed to plead facts sufficient to support knowledge and/or ratification of the alleged conduct by an officer, director, or managing agent of Kelly Services, Inc.

### SIXTH AFFIRMATIVE DEFENSE

#### (Punitive Damages Barred)

Although Defendant denies that it has committed or has responsibility for any act that could support the recovery of punitive damages in this action, if and to the extent that any such act is found, recovery of punitive damages is unconstitutional under various provisions of the United

1  States Constitution including, but not limited to, the Due Process Clause of the Fifth Amendment
2  and section 1 of the Fourteenth Amendment.  In addition, the recovery of punitive damages
3  against Defendant is unconstitutional under various provisions of the California Constitution
4  including, but not limited to, the Excessive Fines Clause of section 17 of article I and the Due
5  Process Clause of section 1 of article I.

6                              **SEVENTH AFFIRMATIVE DEFENSE**

7                                   **(Statute of Limitations)**

8          Each of Plaintiff's causes of action, and/or some of the alleged unlawful employment
9  practices in each of Plaintiff's causes of action, is barred by the applicable statutes of limitations,
10  including, but not limited to, California Government Code section 12960, *et seq*. and California
11  Code of Civil Procedure sections 335.1, 338, 340, and 343.

12                               **EIGHTH AFFIRMATIVE DEFENSE**

13                                      **(Unclean Hands)**

14          While Defendant has denied each and every allegation made in the Complaint, should any
15  event, or any act or omission of Defendant or any other person or entity alleged therein be found
16  to have taken place, Defendant cannot be held liable therefore, as Plaintiff is estopped from
17  asserting that she was wronged in accordance with section 3517 of the California Civil Code,
18  which states that no one can take advantage of his or her own wrong.

19                                **NINTH AFFIRMATIVE DEFENSE**

20                                   **(Reservation of Rights)**

21          Defendant presently has insufficient knowledge or information upon which to form a
22  belief as to whether it has additional, yet unknown, affirmative defenses.  Defendant reserves the
23  right to assert additional affirmative defenses in the event discovery indicates it would be
24  appropriate.

25  ///
26  ///
27  ///
28  ///

1    WHEREFORE, Defendant prays as follows:

2    1.    Plaintiff take nothing by way of her complaint;

3    2.    Plaintiff's complaint be dismissed, with prejudice;

4    3.    Defendant be awarded its costs of suit and attorneys' fees to the extent available

5    under applicable law; and Defendant be awarded such other and further relief as this Court deems

6    proper.

7

8    Dated: March 12, 2009                     PAUL, PLEVIN, SULLIVAN &
                                               CONNAUGHTON LLP
9

10                                             By:_____
                                                  E. JOSEPH CONNAUGHTON
11                                                DONTA T. PRIDE
                                                  Attorneys for Defendant
12                                                KELLY SERVICES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Benton v. Wells Fargo Bank; Kelly Services, et al.*
San Bernardino Case No. CIVDS900218

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

On March 12, 2009, I caused to be served the following document(s):

- **DEFENDANT KELLY SERVICES, INC.'S ANSWER TO THE COMPLAINT**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

| | |
|---|---|
| Daniel P. Stevens<br>Heather McMillan<br>Stevens & Carlberg<br>12447 Lewis Street, Suite 203<br>Garden Grove, CA 92840<br>Phone: (714) 740-7070<br>Fax: (714) 740-7074<br>**Attorneys for Plaintiff** | Timothy N. Grubb<br>Wells Fargo Law Department<br>333 South Grand Avenue, Suite 1040<br>Los Angeles, CA 90071<br>Phone: (213) 253-7121<br>Fax: (213) 617-8340<br>timothy.n.grubb@wellsfargo.com<br>**Attorney for Wells Fargo** |

☑ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

☐ (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2.306. The facsimile machine I used complied with Rule 2.301 and no error was reported by the machine. The transmitting facsimile machine number is (619) 615-0700. The fax number of the party being served is listed above. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ (By **OVERNIGHT DELIVERY**) I deposited in a box or other facility regularly maintained by the express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope or package with delivery fees paid or provided for, and addressed on whom it is to be served pursuant to Code of Civil Procedure section 1013(c).

☐ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

/ / /

/ / /

/ / /

1   ☑   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2   ☐   (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

3

4   Executed March 12, 2009, at San Diego, California.

5

6                                    _Wendy Roan_
                                     Wendy Roan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28